CALLAHAN & FUSCO, LLC
Charles J. Reiter (CJR-2915)
Attorneys for Defendants
FEDEX GROUND SYSTEM, INC., i/s/h/a
FED EX GROUND, INC., and ELVIS P. SANCHEZ
72 Eagle Rock Avenue, Suite 320
East Hanover, New Jersey 07936
(973) 618-9770



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSENIA APONTE, | Civil Action No.: |
| Plaintiff, | |
| v. | **NOTICE AND PETITION** <br> **OF REMOVAL** |
| FED EX GROUND, INC., and <br> ELVIS P. SANCHEZ, | '11 CIV 5347 |
| Defendants. | JUDGE DANIELS |

TO:   United States District Court
    Southern District of New York
    U.S. Courthouse
    300 Quarropas Street
    White Plains, New York 10601

Defendants, FEDEX GROUND PACKAGE SYSTEM, INC., incorrectly sued herein as FED EX GROUND, INC. (hereinafter "FEDEX"), and ELVIS P. SANCHEZ, hereby remove this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York and respectfully allege:

1.  A civil action has been instituted against Defendants in the above-entitled action in the Supreme Court of the State of New York, Bronx County, entitled JESSENIA APONTE v. FED EX GROUND, INC. and ELVIS P. SANCHEZ, under Index No. 302887/2011.

2.  Upon information and belief, a Summons and Verified Complaint [**Exhibit "A"**]

was served on the New York State Secretary of State on or about April 22, 2011, and again on May 10, 2011, with respect to defendant, FEDEX (*see* **Exhibit "B"** and **Exhibit "C"**). Further, upon information and belief, a Summons and Verified Complaint was served by "nail and mail," on defendant, ELVIS P. SANCHEZ, on or about April 27, 2011 (*see* **Exhibit "D"**).

3.   Upon information and belief, no other process, pleadings or orders have been served upon Defendants FEDEX and ELVIS P. SANCHEZ.

4.   By Stipulation, dated July 5, 2011, the defendants' time to answer, move or otherwise respond to the Verified Complaint was extended up to and including August 5, 2011 (*see* **Exhibit "E"**).

5.   Plaintiff seeks damages in an amount of money "that exceeds the monetary jurisdiction of all lower courts which would otherwise have jurisdiction over her cause of action alleged" (*see* **Exhibit "A,"** *supra*) for personal injuries allegedly sustained in a motor vehicle accident which occurred on August 28, 2010, on Bruckner Boulevard at or near its intersection with Havemeyer Avenue, in the County of the Bronx, City and State of New York (*see* **Exhibit "A,"** *supra*, at ¶¶ 5, 6).

6.   As per the Verified Complaint, specifically the Third Cause of Action, thereof, Plaintiff alleges defendant FEDEX violated the following Federal Statutes, *to wit*: 49 CFR 382.201, *et seq.*, 49 CFR 382.301, *et seq.*, 49 CFR 383.35 and 49 CFR 391, *et seq.* (*see* **Exhibit "A,"** *supra*, at ¶¶ 18, 19 and 20).

6.   Defendants notice the removal of this action on the grounds that, based upon the allegations set forth in the Verified Complaint, specifically the Third Cause of Action, thereof, *see supra*, the Plaintiff's action involves a Federal Question and allegedly involves a claim in excess of $75,000.00, exclusive of interest and costs; and is thereby removable under 28 U.S.C.

§ 1331 and 28 U.S.C. §1441(b), et seq.

7. This Notice of Removal is timely, as per the terms of the Stipulation Extending Defendants' Time top Answer the Verified Complaint (*see* **Exhibit "E"**, *supra*).

**WHEREFORE**, defendants respectfully request that the action pending against them in the Supreme Court of the State of New York, County of Bronx be removed therefrom to this Court.

Dated: New York, New York
July 28, 2011

Respectfully submitted,
CALLAHAN & FUSCO, LLC

By: _____
CHARLES J. REITER (CJR-2915)
Attorneys for Defendants
FEDEX GROUND PACKAGE
SYSTEM, INC., i/s/h/a FED EX
GROUND, INC., and ELVIS P.
SANCHEZ
72 Eagle Rock Avenue, Suite 320
East Hanover, New Jersey 07936
(973) 618-9770

TO:

Michael T. Ridge, Esq.
LAW OFFICES OF MICHAEL T. RIDGE
Attorney for Plaintiff
910 Grand Concourse, Suite 1D
Bronx, NY 10451
(718) 590-5400

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY )
                    ) ss.:
COUNTY OF MORRIS    )

CHRISTINA RIVERA, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age. That on July 28, 2011, deponent served the within Defendants' F.R.C.P. Rule 7.1 Disclosure Statement, and Notice and Petition of Removal upon the following party:

Michael T. Ridge, Esq.
LAW OFFICES OF MICHAEL T. RIDGE
910 Grand Concourse, Suite 1D
Bronx, NY 10451

by depositing said copies enclosed in a postpaid, properly addressed wrapper, into an official depository under the exclusive care and custody of the United States Post Office Department.

_____
CHRISTINA RIVERA

Sworn to me this
28th day of July, 2011

_____
Attorney-at-Law